IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| MARK A. WARD, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 1:09CV241 |
| ) | |
| MIDCAROLINA BANK, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Recommendation of the United States Magistrate Judge was filed with the court in accordance with 28 U.S.C. § 636(b) and, on October 16, 2009, was served on the parties in this action. Plaintiff filed objections to the Recommendation.

The court has appropriately reviewed the portions of the Magistrate Judge's report to which objection was made and has made a de novo determination which is in accord with the Magistrate Judge's report. The court therefore adopts the Magistrate Judge's recommendation.

**IT IS THEREFORE ORDERED** that Defendant's motion to dismiss [Doc. 10] is **GRANTED** and that this action is dismissed with prejudice. A Judgment dismissing this action is entered contemporaneously with this Order.

                                                _/s/ William L. Osteen, Jr._
                                                  United States District Judge

Date: February 16, 2010